UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK R. LASKOWSKI and
RICHARD HALL,

                            *Plaintiffs,*                        Civil Action #.: 5:11-CV-340

-vs-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                            *Defendant.*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2011, I electronically filed the foregoing Notice of Motion and Declaration of Thomas J. O'Connor, in support of said motion, with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system which sent notification of such filing to the following:

                                Dennis J. Artese, Esq.
                              Anderson, Kill & Oleck, P.C.
                                *Attorneys for Plaintiffs*
                              1251 Avenue of the Americas
                              New York, New York 10020

                                                             /s/ Susan B. Hartnagle
                                                                Susan B. Hartnagle

HISCOCK & BARCLAY, LLP

5307159.1