UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| **MARK R. LASKOWSKI and RICHARD HALL,**<br>*Plaintiffs,*<br><br>-vs-<br><br>**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**<br>*Defendant.* | Civil Action No.<br>5:11-CV-340<br>(GLS/ATB)<br><br>**LIBERTY MUTUAL'S FED. R. CIV. P. 7.1 STATEMENT** |

---

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held and own 10% or more of its stock:

1. Liberty Mutual Group, Inc.

**DATED:**   April 8, 2011

Respectfully submitted,

**HISCOCK & BARCLAY, LLP**

By: _____
Thomas J. O'Connor
Bar Roll No. 103475

*Attorneys for Defendant*
Liberty Mutual Fire Insurance Company
Office and Post Office Address
50 Beaver Street
Albany, New York 12207-1511
Telephone: (518) 429-4276
Facsimile:  (518) 427-3474
E-Mail: toconnor@hblaw.com

5298568.1