UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK R. LASKOWSKI and
RICHARD HALL,

            *Plaintiffs*,

-vs-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

            *Defendant.*

Civil Action #.: 5:11-CV-340

## CERTIFICATE OF SERVICE

    I hereby certify that on April 8, 2011, I electronically filed the foregoing F.R.C.P. 7.1 Statement in the above action, with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system which sent notification of such filing to the following:

> Dennis J. Artese, Esq.
> Anderson, Kill & Oleck, P.C.
> *Attorneys for Plaintiffs*
> 1251 Avenue of the Americas
> New York, New York 10020

*Susan B. Hartnagle* (signature)
Susan B. Hartnagle

5307908.1