UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK R. LASKOWSKI and
RICHARD HALL,

                *Plaintiffs,*

-vs-

                Civil Action #.: 5:11-CV-340

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                *Defendant.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2011, I electronically filed the foregoing Reply Memorandum of Law in further support of Defendant's motion in the above action, with the Clerk of the United States District Court for the Northern District of New York, using the CM/ECF system which sent notification of such filing to the following:

                Dennis J. Artese, Esq.
                Anderson, Kill & Oleck, P.C.
                *Attorneys for Plaintiffs*
                1251 Avenue of the Americas
                New York, New York 10020

                                                  _____
                                                      Mark T. Whitford Jr.

HISCOCK & BARCLAY, LLP

5362103.1