# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Marc T. Ladd, Esq.
mladd@andersonkill.com
(212) 278-1331

By Electronic Filing

May 10, 2011

Hon. Gary L. Sharpe
United States District Court Judge
James T. Foley U.S. Courthouse
445 Broadway, First Floor South
Albany, NY 12207

Re: *Laskowski, et al. v. Liberty Mutual Fire Insurance Company*, Case No. 5:11-cv-340 (GLS/ATB)

Dear Judge Sharpe:

On May 2, 2011, Plaintiffs electronically filed their Memorandum of Law in Opposition to Defendant's Motion to Dismiss in the above-referenced case. In their Memorandum of Law, Plaintiffs cited several decisions that were reported exclusively on computerized databases (Westlaw), but inadvertently did not attach copies of those decisions to their Memorandum of Law pursuant to Local Rule 7.1(a). Plaintiffs apologize for this error, and ask that the Court please take into consideration the Westlaw decisions attached hereto that are cited in their Memorandum of Law.

Respectfully submitted,

*[signature]*

Marc T. Ladd

SO ORDERED:

*[signature]*

U.S. District Judge
Date: May 11, 201)

ML
cc: Thomas J. O'Connor, Esq. (via CM/ECF)

NYDOCS1-967446.1

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Stamford, CT