**HISCOCK & BARCLAY**

THOMAS J. O'CONNOR
PARTNER

80 STATE STREET
ALBANY, NEW YORK 12207
T 518.429.4200 • F 518.429.4201

DIRECT DIAL 518.429.4276
DIRECT FAX 518.427.3474
TOCONNOR@HBLAW.COM

September 12, 2011

Hon. Andrew T. Baxter
United States Magistrate Judge
United States District Court
Northern District of New York
100 S. Clinton Street
P. O. Box 7367
Syracuse, New York 13261-7367

RE:   Laskowski, et al. v. Liberty Mutual Fire Insurance Company
        Case No. 5:11-CV-340 (GLS/ATB)

Dear Judge Baxter:

Please accept this letter as our second request to extend the deadlines for the Defendant's expert disclosure described below:

1, The building damage expert report from September 26, 2011 until October 12, 2011.

2. The antique appraisal report from September 12, 2011 until October 12, 2011 for the 153 items contained in the Plaintiffs' July 14, 2011 Marquis' Auctions Report, which the Defendant contends were not previously submitted by the Plaintiffs.

3. The household contents appraisal report from September 12, 2011 until October 12, 2011.

Plaintiffs may submit any rebuttal designation within three weeks of the service of any Defendant expert designation, and we further respectfully request a one-month extension of the discovery deadline, as well as all motion deadlines.

Opposing counsel has no objection to these requests.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

s/Thomas J. O'Connor

Thomas J. O'Connor

TJO:sbh

Hon. Andrew T. Baxter
United States District Court Magistrate
September 12, 2011
Page 2

cc: Finley T. Harckham, Esq.
    Dennis J. Artese, Esq.
    Marc T. Ladd, Esq.
    Anderson Kill & Olick, P.C.
    1251 Avenue of the Americas
    New York, NY  10020

5565089.1