UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK R. LASKOWSKI and RICHARD HALL,

                      *Plaintiffs,*

-*against*-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

                      *Defendant.*

**CERTIFICATE OF SERVICE**

Civil Action No.
5:11-CV-340 (GLS/ATB)

I hereby certify that on November 3, 2011, I electronically filed the foregoing Answer with the Clerk of the District Court, Northern District of New York, using its CM/ECF system, which then electronically notified the following CM/ECF participant(s) in this case:

        **FINLEY T. MARKHAM, ESQ.**
        **DENNIS J. ARTESE, ESQ.**
        **MARC T. LADD, ESQ.**
     **ANDERSON KILL & OLICK, PC.**
        1251 Avenue of the Americas
        New York, New York 10020

**HISCOCK & BARCLAY, LLP**

By: _____
      Thomas J. O'Connor
      Bar Role Number: 103475

Attorneys for Defendant
Liberty Mutual Fire Insurance Company
80 State Street
Albany, New York 12207
Telephone (518) 429-4276
E-mail address: toconnor@hblaw.com

9