# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

By Electronic Filing

December 22, 2011

Hon. Andrew T. Baxter
United States Magistrate Judge
U.S. District Courthouse
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

Re:  *Laskowski, et al. v. Liberty Mutual Fire Insurance Company*, Case No. 5:11-cv-340 (GLS/ATB)

Dear Judge Baxter:

Plaintiffs Mark R. Laskowski and Richard Hall and defendant Liberty Mutual Fire Insurance Company hereby jointly request that Your Honor extend the currently scheduled mediation completion deadline in the above-referenced case from December 23, 2011 to February 29, 2012. The parties seek this extension to allow time to complete fact and expert discovery before engaging in mediation.

The parties have selected Julian Modesti, Esq. as mediator, and Mr. Modesti has graciously agreed to serve as such. We are currently contemplating mediation for January 26, 2012, however, scheduling conflicts may prevent that from happening, in which case we will need additional time to schedule the mediation. The parties are confident that they will be able to complete the mediation by February 29, 2012.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

/s/ Dennis J. Artese

Dennis J. Artese

cc: Thomas J. O'Connor, Esq. (by e-filing)

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Stamford, CT
nydocs1-980670.1