UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARK R. LASKOWSKI and RICHARD HALL,      Civil Action No. 5:11-CV-340 (GLS/ATB)

            Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

            Defendant.

---

## MEDIATOR'S REPORT

Upon completion of mediation on January 26, 2012, and in accordance with Local Rule 83.11-6, the following report is submitted for filing with the Clerk's office:

> **Case did not settle**. The case will proceed toward trial pursuant to the scheduling order entered in the case, in accordance with Local Rule 83.11-6(d).

Dated: January 26, 2012      **MENTER, RUDIN & TRIVELPIECE, P.C.**

By: ___[signature]___
Julian B. Modesti, of Counsel
Mediator
Bar Roll No.: 507674
308 Maltbie Street, Suite 200
Syracuse, New York 13204-1498
Telephone: (315) 474-7541
jmodesti@menterlaw.com