# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

By Electronic Filing

February 15, 2012

Hon. Andrew T. Baxter
United States Magistrate Judge
U.S. District Courthouse
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

      Re:   *Laskowski, et al. v. Liberty Mutual Fire Insurance Company*, Case No. 5:11-cv-340 (GLS/ATB)

Dear Judge Baxter:

    We represent plaintiffs Mark R. Laskowski and Richard Hall (collectively, "Plaintiffs") in the above-referenced case. Marc T. Ladd, Esq. is no longer with Anderson Kill & Olick, P.C. and no longer represents the Plaintiffs in this case. Plaintiffs respectfully request that the Court withdraw Mr. Ladd's appearance in this matter.

                          Respectfully submitted,

                          */s/ Dennis J. Artese*

                          Dennis J. Artese

cc:   Thomas J. O'Connor, Esq. (by e-filing)