UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARK R. LASKOWSKI and
RICHARD HALL,

                *Plaintiffs*,

   -vs-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

               *Defendant*.

**NOTICE OF MOTION**

Civil Action No.
5:11-CV-340
(GLS/ATB)

---

**PLEASE TAKE NOTICE:**

| | |
|---|---|
| **MOTION BY:** | **HISCOCK & BARCLAY, LLP**<br>*Attorneys for Defendant*<br>Liberty Mutual Fire Insurance Company<br>Office and Post Office Address<br>80 State Street<br>Albany, New York 12207-1511 |
| **DATE, TIME AND PLACE OF HEARING:** | May 17, 2012 at 9:00 a.m.<br>United States District Court<br>Northern District of New York<br>Hon. Gary L. Sharpe - U.S. Courthouse<br>445 Broadway<br>Albany, NY 12207-2924 |
| **SUPPORTING PAPERS:** | Affidavit of Thomas J. O'Connor, dated April 6, 2012; Declaration of Carol L. Bissonette, dated April 5, 2012; and Memorandum of Law, dated April 6, 2012. |
| **RELIEF DEMANDED:** | An Order, pursuant to Fed. R. Civ. P. 56, dismissing Plaintiffs' complaint or limiting Plaintiff's damages based on judicial estoppel. |
| **DEMAND FOR ANSWERING PAPERS:** | Pursuant to Rule 7.1 (b) (1) of the Local Rules for the United States District Court for |

- 2 -

the Northern District of New York, movant demands that any opposing papers be served on the undersigned attorneys no later than seventeen (17) days prior to the return date of the motion.

**DATED:** April 6, 2012

**HISCOCK & BARCLAY, LLP**

By: _____
Thomas J. O'Connor
Bar Roll: 103475

*Attorneys for Defendant*
Liberty Mutual Fire Insurance Company
Office and Post Office Address
80 State Street
Albany, New York 12207-1511
Telephone: (518) 429-4276
Facsimile: (518) 427-3474
E-Mail: toconnor@hblaw.com