# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

By Electronic Filing                                                                 April 27, 2011

Hon. Andrew T. Baxter
United States Magistrate Judge
U.S. District Courthouse
100 S. Clinton Street
P.O. Box 7367
Syracuse, NY 13261-7367

Re:   *Laskowski, et al. v. Liberty Mutual Fire Insurance Company*, Case No. 5:11-cv-340 (GLS/ATB)

Dear Judge Baxter:

Plaintiffs Mark R. Laskowski and Richard Hall (collectively, "Plaintiffs") respectfully request that Your Honor extend the currently scheduled expert-related deadlines as follows:

- Plaintiffs' rebuttal of Liberty's expert disclosure of Jan Patrick Kannally from 4/27/2012 to 6/15/2012; and
- Completion of expert discovery from 5/25/2012 to 7/13/2012.

Plaintiffs require this extension in order to allow time to perform testing of a GFCI outlet currently in the possession of one of defendant's expert witnesses. Plaintiffs expert is in the process of drafting a protocol for the testing. Once completed, we will coordinate the testing with defendant's electrical expert, through defendant's counsel.

All currently scheduled dispositive motion-related deadlines will remain as scheduled. Counsel for defendant has no objection to this request.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Dennis J. Artese*

Dennis J. Artese

cc:   Thomas J. O'Connor, Esq. (by e-filing)

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Ventura, CA ■ Washington, DC ■ Stamford, CT

nydocs1-987251.1