UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK R. LASKOWSKI and RICHARD HALL,

Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

Defendant.

Civil Action No. 5:11-CV-340 (GLS/ATB)

## DECLARATION OF MARK R. LASKOWSKI IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, Mark R. Laskowski, declare as follows:

1. I am a plaintiff in the above-captioned case against defendant Liberty Mutual Fire Insurance Company ("Liberty" or "Defendant"). I make this Declaration in opposition to Liberty's motion for summary judgment. The following is set forth on my own personal knowledge.

2. Richard Hall and I own a residence located at 5758 Mill Street, Eaton, New York 13334.

3. On January 10, 2010, a fire caused damage to the residence and its contents, including numerous valuable antiques, all of which are insured by Liberty.

4. At the time of the fire, I owned the personal property that was damaged in the fire, and have submitted claims in this lawsuit to recover from Liberty, among other things, $599,791.89 for the cost to replace my antiques that were

nydocs1-987222.1

damaged in the fire and $148,013.93 for the cost to replace my other household contents that were damaged in the fire.

5.  Throughout Liberty's investigation of my and Richard Hall's insurance claim, Richard Hall and I allowed Liberty representatives (of which there were many) unfettered access to inspect and investigate our fire damaged home and its contents on numerous occasions.

6.  We also promptly provided Liberty with the equivalent of approximately three to four bankers boxes of original documents, along with numerous photo albums depicting the home and its contents, all of which Liberty had requested.

I declare under penalty of perjury that the foregoing statements are true and correct. Signed this 27th day of April, 2011 in Eaton, New York.

*[signature]*
Mark R. Laskowski