UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK R. LASKOWSKI and RICHARD HALL,<br><br>        Plaintiffs,<br><br>     v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>        Defendant. | CIVIL ACTION NO. 5:11-CV-340 (GLS/ATB)<br><br>**DECLARATION OF DENNIS J. ARTESE, ESQ. IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

  I, Dennis J. Artese, Esq., declare as follows:

  1. I am a shareholder with the law firm of Anderson Kill & Olick, P.C., counsel of record for plaintiffs Mark R. Laskowski and Richard Hall (collectively, "Plaintiffs"). The following is set forth on my own knowledge.

  2. Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs' Supplemental Initial Disclosures in this case, dated January 27, 2012.

  3. Attached hereto as Exhibit 2 is a true and correct copy of a July 15, 2010 letter I received from Thomas J. O'Connor, Esq.

  4. Attached hereto as Exhibit 3 is a true and correct copy *Stradford v. Global Implant Dentistry, Inc.*, 02 Civ. 3628 (NRB), 2002 U.S. Dist. LEXIS 24050, at *5 (S.D.N.Y. Dec. 10, 2002), as printed from lexis.com.

  5. Attached hereto as Exhibit 4 is a true and correct copy of *In re Trace Intern. Holdings, Inc.*, No. 04 Civ. 1295(KMW), 2009 WL 1810112, at *2 (S.D.N.Y. Jun. 25, 2009), as printed from westlaw.com.

I declare under penalty of perjury that the foregoing is true, and that this Declaration was executed on the 27th day of April, 2012 in New York, New York.

s/ Dennis J. Artese  
Dennis J. Artese, Esq.