# HISCOCK & BARCLAY LLP

Thomas J. O'Connor
*Partner*

May 7, 2012

Hon. Gary L. Sharpe
United States District Court Judge
United States District Court
Northern District of New York
James T. Foley U. S. Courthouse
445 Broadway
Albany, New York 12207-2974

      RE:    Laskowski, et al. v. Liberty Mutual Fire Insurance Company
               Case No. 5:11-CV-340 (GLS/ATB)

Your Honor:

    We respectfully request a seven-day extension of our time to reply to the plaintiffs' answering papers submitted in opposition to our motion for summary judgment. Opposing counsel has no objection.

    Your consideration in this matter is greatly appreciated.

Respectfully submitted,

*s/Thomas J. O'Connor*

Thomas J. O'Connor

TJO:sbh

**SO ORDERED:**

_____
**Hon. Gary L. Sharpe, USDC Judge**

cc:    Finley T. Harckham, Esq.
       Dennis J. Artese, Esq.
       Anderson Kill & Olick, P.C.
       1251 Avenue of the Americas
       New York, New York 10020