# HISCOCK & BARCLAY

**Thomas J. O'Connor**
*Partner*

May 7, 2012

Hon. Gary L. Sharpe
United States District Court Judge
United States District Court
Northern District of New York
James T. Foley U. S. Courthouse
445 Broadway
Albany, New York 12207-2974

      RE:    Laskowski, et al. v. Liberty Mutual Fire Insurance Company
              Case No. 5:11-CV-340 (GLS/ATB)

Your Honor:

    We respectfully request a seven-day extension of our time to reply to the plaintiffs' answering papers submitted in opposition to our motion for summary judgment. Opposing counsel has no objection.

    Your consideration in this matter is greatly appreciated.

                              Respectfully submitted,

                              s/Thomas J. O'Connor

                              Thomas J. O'Connor

TJO:sbh

                              **SO ORDERED:**

                              Gary L. Sharpe
                              Hon. Gary L. Sharpe, USDC Judge

cc:    Finley T. Harckham, Esq.    May 8, 2012
       Dennis J. Artese, Esq.
       Anderson Kill & Olick, P.C.
       1251 Avenue of the Americas
       New York, New York 10020

80 State Street – Albany, New York 12207   hblaw.com
toconnor@hblaw.com   Direct: 518.429.4276   Fax: 518.427.3474