UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**MARK R. LASKOWSKI and RICHARD HALL,**

                *Plaintiffs,*

   -against-

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

                *Defendant.*

Civil Action No.

5:11-CV-340 (GLS/ATB)

### CERTIFICATE OF SERVICE

I, Thomas J. O'Connor, certify, that on May 14, 2012, I filed a copy of the foregoing documents with the Clerk of the Court via the CM/ECF system which gave notice to the following attorney:

    Dennis J. Artese, Esq.
    ANDERSON KILL & OLICK, P.C.
    1251 Avenue of the Americas
    New York, New York  10020
    dartese@andersonkill.com

**THOMAS J. O'CONNOR**
Bar Roll No. 103475

6108876.1