UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK R. LASKOWSKI and RICHARD HALL,<br><br>                              Plaintiffs,<br><br>v.<br><br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                              Defendant. | Civil Action No. 5:11-CV-340 (GLS/ATB) |

**NOTICE OF MOTION TO WITHDRAW
AS COUNSEL AND TO STAY PROCEEDINGS**

PLEASE TAKE NOTICE that, upon the Declaration of Dennis J. Artese, Esq., in Support of Motion to Withdraw as Counsel and to Stay Proceedings, dated November 20, 2012, and the Memorandum of Law in Support of Motion to Withdraw as Counsel and to Stay Proceedings, dated November 20, 2012, Anderson Kill and Olick, P.C. hereby moves, pursuant to Rule 83.2 of the Local Rules of Practice for the United States District Court for the Northern District of New York and Rule 1.16(c)(5) of the New York Rules of Professional Conduct, before the Honorable Gary L. Sharpe, Chief Judge at the United States District Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Room 112, Albany, NY 12207, on January 3, 2013, or as soon thereafter as counsel may be heard, for leave to withdraw their appearance in this matter as counsel for Plaintiffs Mark R. Laskowski and Richard Hall.

nydocs1-998868.1

- 2 -

Dated:  November 20, 2012

                    By:  *s/ Dennis J. Artese, Esq.*
                            Finley T. Harckham, Esq.
                            Dennis J. Artese, Esq.

                            ANDERSON KILL & OLICK, P.C.
                            1251 Avenue of the Americas
                            New York, NY  10020
                            Telephone:  212-278-1000
                            Fax: 212-278-1733
                            E-mail: dartese@andersonkill.com
                                          fharckham@andersonkill.com