# EXHIBIT B

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

<u>By Regular Mail</u>

August 9, 2012

Mark R. Laskowski
Rick Hall
4077 East Lake Road
Hamilton, NY 13346

   Re: Laskowski, et al. v. Liberty Mutual Ins. Co.
     <u>Client/Matter No. 101716-LAS02</u>

Dear Mark and Rick:

  Enclosed is our statement for services rendered through July, 2012. As I previously explained, it is critical that you continue to make at least partial monthly payments in an effort to reduce your outstanding balance. Please contact me with any questions.

  Thank you.

          Very truly yours,

          Dennis J. Artese

DJA

cc: Finley Harckham, Esq.
   Dale Brown

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.

nydocs1-993163.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Mark R. Laskowski
Rick Hall
95 Christopher Street, Apt. 12M
New York, NY 10014

DATE:     August 7, 2012
MATTER:   101716.LAS02
INVOICE:  249537

**MATTER:** EATON, NY FIRE LOSS                    Finley T Harckham

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 29,974.50 |
| Costs: | 206.99 |
| Total Current Invoice: | $30,181.49 |
| Outstanding Balance From Prior Invoices (See Listing): | 277,952.05 |
| **TOTAL AMOUNT DUE:** | **$308,133.54** |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

August 7, 2012                                              INVOICE:            249537

**MATTER:**   EATON, NY FIRE LOSS

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---|
| 242878 | 05/10/11 | 12,742.35 |
| 243568 | 06/16/11 | 16,350.19 |
| 245499 | 11/04/11 | 160,752.96 |
| 246139 | 12/08/11 | 22,342.25 |
| 246762 | 01/31/12 | 12,517.83 |
| 247028 | 02/15/12 | 38,145.12 |
| 247234 | 03/07/12 | 13,790.60 |
| 247962 | 04/19/12 | 1,310.75 |

**OUTSTANDING BALANCE FROM PRIOR INVOICES:**         **$    277,952.05**

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

LASKOWSKI, MARK R. AND HALL, RICHARD          MATTER:    101716.LAS02

August 7, 2012          INVOICE:    249537

MATTER:  EATON, NY FIRE LOSS

**PROFESSIONAL SERVICES through 07/31/12**

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|---|---|---|---|
| 04/10/12 | Review of Liberty MSJ; notes re: same; email with experts re: Wright group report. | DJA | 1.50 |
| 04/10/12 | Correspondence with Dennis Artese re: opposition to motion for summary judgment | KFD | 0.20 |
| 04/11/12 | Conf. with K. Donovan outlining issues for opposition to Liberty's MSJ. | DJA | 0.50 |
| 04/11/12 | Initial review of Liberty Mutual's motion for summary judgment; conference with Dennis Artese re: strategy for opposition to motion for summary judgment; conference with Dale Brown re: deposition transcripts | KFD | 2.00 |
| 04/13/12 | Emails with experts re: Wright Group report. | DJA | 0.10 |
| 04/13/12 | Research on cases cited by Liberty Mutual in support of its Motion for Summary Judgment; research on policyholders' refusal to submit to additional EUOs and treatment of New York courts at summary judgment stage | KFD | 1.10 |
| 04/16/12 | Tele conf. with D. Ware and B. Patrick re: Wright Group report; prep for same; conf. with FTH re:same. | DJA | 1.50 |
| 04/16/12 | Review of case law cited by Liberty on cooperation clauses of insurance policies and refusal to submit to examinations under oath; further research on same | KFD | 1.60 |
| 04/17/12 | Tele conf. with B. Patrick re: Wright Group report. | DJA | 0.20 |
| 04/17/12 | Review of cases cited by Liberty on judicial estoppel; further research on same | KFD | 2.30 |
| 04/18/12 | Preparation of introduction section of opposition to motion for summary judgment; preparation of outline of opposition to motion for summary judgment section on failure to cooperate; review of correspondence between Dennis Artese and counsel for Liberty re: additional examinations under oath | KFD | 2.20 |
| 04/19/12 | Preparation of opposition to motion for summary judgment section on failure to cooperate and submit to additional examinations under oath; conference with Dennis Artese re: status of opposition brief and Liberty's supporting exhibits; review of deposition and EUO transcripts of Hall and Laskowski | KFD | 9.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                   EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

LASKOWSKI, MARK R. AND HALL, RICHARD                MATTER:   101716.LAS02

August 7, 2012                                       INVOICE:   249537

MATTER: EATON, NY FIRE LOSS

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|---|---|---|---|
| 04/20/12 | Preparation of opposition to motion for summary judgment sections on standard for motion for summary judgment and judicial estoppel; continued review of deposition and EUO transcripts of Hall and Laskowski; revisions to opposition brief; correspondence with Dennis Artese re: draft of opposition brief and general structure of each section | KFD | 8.70 |
| 04/24/12 | Review of complaint and Liberty's statement of undisputed facts; Preparation of counter-statement of facts for opposition to motion for summary judgment; correspondence with Dennis Artese re: updated draft of opposition brief | KFD | 1.40 |
| 04/25/12 | Reviewed opp. brief; notes re: same. | DJA | 1.70 |
| 04/26/12 | Drafted response to Liberty's SOF; review of record re: same; reviewed and revised MOL in Opp. to Liberty's MSJ; conference and emails with K. Donovan re: same. | DJA | 7.40 |
| 04/26/12 | Conference with Dennis Artese re: opposition to motion for summary judgment; revisions to motion for summary judgment | KFD | 3.50 |
| 04/27/12 | Drafted/revised MSJ opp. papers, including Artese Decl., MOL, Laskowski Decl., and response to SOF; tele conferences with B. Patrick and T. O'Connor re: testing of GFCI and extending expert deadlines; letter to court re: same. | DJA | 8.80 |
| 04/27/12 | Revisions to opposition to motion for summary judgment; preparation of declaration of Dennis Artese and organization of supporting affidavits; correspondence with Dennis Artese re: preparation of brief for filing on 4/30/12 | KFD | 2.40 |
| 04/29/12 | Reviewed and revised opp. to MSJ; emails with K. Donovan and C. Ilie re: same. | DJA | 1.80 |
| 04/29/12 | Review of local rules on dispositive motions and correspondence with Dennis Artese re: same. | KFD | 0.40 |
| 04/30/12 | Received request from D. Artese and reviewed, revised, cite checked and quote checked Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for SJ. Incorporated edits in the brief. Revised TOA and TOC. | CAI | 3.90 |
| 04/30/12 | Review and revisions to opposition to motion for summary judgment; conference with Claudia Ilie re: cite-checking memorandum of law; conference with Don Flynn re: organization of exhibits for filing | KFD | 2.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                 EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | |
|---|---|---|
| LASKOWSKI, MARK R. AND HALL, RICHARD | MATTER: | 101716.LAS02 |
| August 7, 2012 | INVOICE: | 249537 |

MATTER:  EATON, NY FIRE LOSS

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|---|---|---|---|
| 05/10/12 | Email to T. O'Connor re: objection to page limit extension; review of Liberty brief re: same. | DJA | 0.20 |
| 05/11/12 | Tele conf. with T. O'Connor re: request for additional page limits. | DJA | 0.20 |
| 05/14/12 | Emails re: protocol for additional testing. | DJA | 0.10 |
| 05/15/12 | Brief review of Liberty's MSJ reply papers; emails re: GFCI testing; reviewed protocol for same. | DJA | 0.40 |
| 05/18/12 | Emails re: GFCI testing. | DJA | 0.10 |
| 05/23/12 | Emails with T. O'Connor re: testing protocol; tele conf. with B. Patrick re: same; revised same. | DJA | 0.30 |
| 05/30/12 | Emails and tele conf. with B. Patrick re: GFCI testing and strategy. | DJA | 0.30 |
| 06/11/12 | Review of SJ denial order; email to clients re: same. | DJA | 0.20 |
| 06/13/12 | Emails with B. Patrick and T. O'Connor re: expert discovery. | DJA | 0.40 |
| 06/14/12 | Review of draft rebuttal reports by Bill Patrick; tele conferences with B. Patrick re: same; drafted supp. expert disclosures and caused same to be served. | DJA | 1.80 |
| 07/03/12 | Emails with counsel and B. Patrick re: Wright Group file. | DJA | 0.20 |
| 07/11/12 | Review correspondence; review Pacer - download and print filings; review pleadings; update pleading index | DMB | 2.50 |
| 07/16/12 | Review Jan Kannally expert report | DMB | 0.20 |
| 07/17/12 | Review correspondence and pleadings; update pleading index and Liberty Mutual's expert binder | DMB | 0.50 |
| 07/23/12 | Emails with B. Patrick re: info needed; email to T. O'Connor re: same and bank claim. | DJA | 0.20 |
| 07/31/12 | Review Trial Order | DMB | 0.40 |

**TOTAL FEES:**                                                                                    29,974.50

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Claudia A Ilie | 235.00 | 3.90 | 916.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

| LASKOWSKI, MARK R. AND HALL, RICHARD | | MATTER: | 101716.LAS02 |
|---|---|---|---|
| August 7, 2012 | | INVOICE: | 249537 |

MATTER: EATON, NY FIRE LOSS

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Dale M Brown | 270.00 | 3.60 | **972.00** |
| Dennis J Artese | 560.00 | 27.90 | **15,624.00** |
| Kathleen Donovan | 335.00 | 37.20 | **12,462.00** |
| **TOTAL FEES:** | | | **29,974.50** |

### COSTS through 07/31/12

| DATE | DESCRIPTION OF COSTS | AMOUNT |
|---|---|---|
| 05/01/12 | LIBRARY & LEGAL RESEARCH WESTLAW | 119.77 |
| 05/25/12 | LIBRARY & LEGAL RESEARCH - - VENDOR: LEXIS-NEXIS MATTHEW BENDER 10038U SERVICE CHARGE | 32.67 |
| 06/14/12 | DI - POSTAGE - | 1.30 |
| 07/16/12 | DI - PHOTOCOPYING - | 53.25 |
| **TOTAL COSTS:** | | **206.99** |

### COSTS SUMMARY

| DESCRIPTION | AMOUNT |
|---|---|
| LIBRARY & LEGAL RESEARCH | 32.67 |
| DI - POSTAGE - | 1.30 |
| LIBRARY & LEGAL RESEARCH WESTLAW | 119.77 |
| DI - PHOTOCOPYING - | 53.25 |
| **TOTAL COSTS:** | **206.99** |

**TOTAL DUE:**                                                                **$30,181.49**

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | | |
|---|---|---|
| LASKOWSKI, MARK R. AND HALL, RICHARD | MATTER: | 101716.LAS02 |
| August 7, 2012 | INVOICE: | 249537 |

**MATTER:**   EATON, NY FIRE LOSS

## REMITTANCE COPY

| | |
|---|---:|
| Professional Services: | 29,974.50 |
| Costs: | 206.99 |
| Total Current Invoice: | $30,181.49 |
| Outstanding Balance From Prior Invoices: | 277,952.05 |
| **TOTAL AMOUNT DUE:** | **$308,133.54** |

PLEASE SEND YOUR REMITTANCE TO US AT:

    Anderson Kill & Olick, P.C.
    1251 Avenue of the Americas,
    New York, New York, 10020-1182

OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO:

    BANK: WELLS FARGO BANK, N.A.
    ABA NUMBER: 121000248
    CREDIT TO: ANDERSON KILL & OLICK, PC OPERATING ACCOUNT
    ACCOUNT NUMBER: 2000037634722
    INTERNATIONAL SWIFT CODE: WFBIUS6S

KINDLY INDICATE:

| | |
|---|---|
| CLIENT NUMBER: | 101716 |
| INVOICE NUMBER: | 249537 |
| YOUR FIRM NAME: | LASKOWSKI, MARK R. AND HALL, RICHARD |

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.