**EXHIBIT C**

# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis J. Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

By Regular Mail

October 4, 2012

Mark R. Laskowski
Rick Hall
4077 East Lake Road
Hamilton, NY 13346

Re: Laskowski, et al. v. Liberty Mutual Ins. Co.
Client/Matter No. 101716-LAS02

Dear Mark and Rick:

Enclosed is our statement for services rendered through September, 2012. As you know, our engagement letter provides for monthly payments on an hourly basis. For several months we have been requesting payment, but none has been received. The amount outstanding is substantial. If we do not receive a substantial payment in the next three weeks, we will have no choice but to consider withdrawing from the representation.

Please contact me with any questions.

Very truly yours,

Dennis J. Artese

DJA

cc: Finley Harckham, Esq.
Dale Brown

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.

nydocs1-996478.1

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| | |
|---|---|
| Mark R. Laskowski<br>Rick Hall<br>95 Christopher Street, Apt. 12M<br>New York, NY 10014 | DATE:     October 4, 2012<br>MATTER:    101716.LAS02<br>INVOICE:         250402 |

**MATTER:**   EATON, NY FIRE LOSS                              Finley T Harckham

## INVOICE SUMMARY

| | |
|---|---:|
| Professional Services: | 830.00 |
| Costs: | 0.00 |
| Total Current Invoice: | $830.00 |
| Outstanding Balance From Prior Invoices (See Listing): | 308,133.54 |
| **TOTAL AMOUNT DUE:** | **$308,963.54** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

October 4, 2012                                  INVOICE:        250402

**MATTER:**   EATON, NY FIRE LOSS

## INVOICE LIST

| INVOICE | DATE | INVOICE TOTAL |
|---|---|---:|
| 242878 | 05/10/11 | 12,742.35 |
| 243568 | 06/16/11 | 16,350.19 |
| 245499 | 11/04/11 | 160,752.96 |
| 246139 | 12/08/11 | 22,342.25 |
| 246762 | 01/31/12 | 12,517.83 |
| 247028 | 02/15/12 | 38,145.12 |
| 247234 | 03/07/12 | 13,790.60 |
| 247962 | 04/19/12 | 1,310.75 |
| 249537 | 08/07/12 | 30,181.49 |

**OUTSTANDING BALANCE FROM PRIOR INVOICES:**       **$     308,133.54**

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

LASKOWSKI, MARK R. AND HALL, RICHARD                MATTER:   101716.LAS02

October 4, 2012                                     INVOICE:  250402

MATTER: EATON, NY FIRE LOSS

### PROFESSIONAL SERVICES through 09/30/12

| DATE | DESCRIPTION OF SERVICES | INIT | HOURS |
|---|---|---|---|
| 08/01/12 | Search Pacer for latest filings; download & print; review trial order schedule; calender dates; review pleadings & update pleading index | DMB | 0.80 |
| 08/06/12 | Tele conf. with R. Hall re: status and venue for trial; review of trial order; calendared trial-related deadlines. | DJA | 0.40 |
| 08/08/12 | Revised answer to counter-claim; tele conf. with T. O'Connor re: same; filed same; tele conf. with R. Hall re: status. | DJA | 0.60 |
| 08/09/12 | Review pleading and update pleading index | DMB | 0.20 |

**TOTAL FEES:**                                                                 830.00

### FEE SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| Dale M Brown | 270.00 | 1.00 | 270.00 |
| Dennis J Artese | 560.00 | 1.00 | 560.00 |
| **TOTAL FEES:** |  |  | **830.00** |

**TOTAL DUE:**                                                                 $830.00

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

LASKOWSKI, MARK R. AND HALL, RICHARD            MATTER:   101716.LAS02

October 4, 2012                                 INVOICE:  250402

**MATTER:** EATON, NY FIRE LOSS

## REMITTANCE COPY

Professional Services:                                    830.00
Costs:                                                      0.00

Total Current Invoice:                                   $830.00

Outstanding Balance From Prior Invoices:              308,133.54

**TOTAL AMOUNT DUE:**                                $308,963.54

PLEASE SEND YOUR REMITTANCE TO US AT:    OR, IF MORE CONVENIENT, YOU MAY WIRE THE FUNDS TO:

    Anderson Kill & Olick, P.C.             BANK: WELLS FARGO BANK, N.A.
    1251 Avenue of the Americas,            ABA NUMBER: 121000248
    New York, New York, 10020-1182          CREDIT TO: ANDERSON KILL & OLICK, PC
                                            OPERATING ACCOUNT
                                            ACCOUNT NUMBER: 2000037634722
                                            INTERNATIONAL SWIFT CODE: WFBIUS6S

KINDLY INDICATE:

    CLIENT NUMBER:         101716
    INVOICE NUMBER:        250402
    YOUR FIRM NAME:        LASKOWSKI, MARK R. AND HALL, RICHARD

THIS INVOICE IS PAYABLE UPON RECEIPT.

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.