UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK R. LASKOWSKI and RICHARD HALL,<br><br>                                Plaintiffs,<br><br>      v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                                Defendant. | Civil Action No. 5:11-CV-340 (GLS/ATB) |

## CERTIFICATE OF SERVICE

       I, Dennis J. Nolan, hereby certify that I am over eighteen (18) years of age, am not a party to this action, am employed with Anderson Kill & Olick, P.C., and that on November 20, 2012, I caused a true and correct copy of:

> **NOTICE OF MOTION TO WITHDRAW AS COUNSEL AND TO STAY PROCEEDINGS;**
>
> **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL AND TO STAY PLEADINGS;**
>
> **DECLARATION OF DENNIS J. ARTESE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL AND TO STAY PROCEEDINGS (with Exhibits)**

to be filed with the court through the electronic case filing system. The electronic case filing ("ECF") system sent a "Notice of Electronic Filling" to the following attorney of record who has consented to accept this notice as service of these documents by electronic means:

nydocs1-999378.1

- 2 -

      Thomas J. O'Connor
      Hiscock, Barclay Law Firm - Albany Office
      50 Beaver Street
      Fifth Floor
      Albany, NY 12207-2830
      toconnor@hiscockbarclay.com

I further certify that on November 20, 2012, a true and correct copy of the foregoing was served by regular mail via the United States Postal Service on the Plaintiffs as follows:

      Mark R. Laskowski and Richard Hall
      4077 East Lake Road
      Hamilton, New York 13346

Dated:  November 20, 2012

                          By:  */s/ Dennis J. Nolan*
                                  Dennis J. Nolan