**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARK R. LASKOWSKI and RICHARD HALL,<br><br>                      Plaintiffs,<br><br>      - against -<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>                      Defendant. | Civil Action No.<br>5:11-cv-340 (GLS/ATB) |

## CERTIFICATE OF SERVICE

      I, Dennis J. Artese, attorney for plaintiffs Mark R. Laskowski and Richard Hall (collectively, "Plaintiffs"), hereby certify that on December 10, 2012, the Court's Text Only Order of the same day was served upon Plaintiffs by email and overnight mail (Federal Express), as follows:

> Mark R. Laskowski
> Richard Hall
> 4077 East Lake Road
> Hamilton, NY 13346
> larsandpenates@hotmail.com

      The undersigned also left voice-mails on each of the Plaintiffs' cell phones alerting them to the substance of the Court's Text Only Order.

                                                *s/ Dennis J. Artese*
                                                  Dennis J. Artese