# HISCOCK & BARCLAY LLP

**Thomas J. O'Connor**
*Partner*

December 11, 2012

Hon. Gary L. Sharpe
United States District Court Judge
United States District Court
Northern District of New York
James T. Foley U. S. Courthouse
445 Broadway
Albany, New York 12207-2974

      RE:    Laskowski, et al. v. Liberty Mutual Fire Insurance Company
                  Case No. 5:11-CV-340 (GLS/ATB)

Your Honor:

      We write to advise the Court that defendant Liberty Mutual Fire Insurance Company ("Liberty Mutual") takes no position on Plaintiffs' counsel's pending motion to withdraw as counsel. (Dkt. No. 63). In the event the motion is granted, Liberty Mutual will not oppose a reasonable stay of the proceedings to afford Plaintiffs an opportunity to retain new counsel.

      Your consideration in this matter is greatly appreciated.

                                      Respectfully submitted,

                                      *s/Thomas J. O'Connor*

                                      Thomas J. O'Connor

TJO

cc:    Finley T. Harckham, Esq.
       Dennis J. Artese, Esq.
       Anderson Kill & Olick, P.C.
       1251 Avenue of the Americas
       New York, New York 10020