UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

MARK R. LASKOWSKI and RICHARD HALL,

                *Plaintiffs,*

   -vs-

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                *Defendant.*

**NOTICE OF APPEARANCE**
Civil Action No.:
5:11-CV-340
(GLS/ATB)

---

**TO THE CLERK OF THE COURT AND ALL
ATTORNEYS AND PARTIES OF RECORD**

**PLEASE TAKE NOTICE**, that the undersigned hereby appears as attorney for defendant, Liberty Mutual Fire Insurance Company, in the above-captioned matter, and demands that all further correspondence, pleadings, and notices be served upon him at the address stated below.

**DATED:**    December 11, 2012

**HISCOCK & BARCLAY, LLP**

By: _____
    Jason D. Hughes
Bar Roll No. 517022
Attorneys for Defendant
Liberty Mutual Fire Insurance Company
Office and P.O. Address:
80 State Street
Albany, New York 12207-2830
Telephone: (518) 429-4291
Facsimile: (518) 533-2918
E-Mail: jhughes@hblaw.com

6832218.1