95 Christopher Street #12M
New York, NY 10014

December 14, 2012

Hon. Gary L. Sharpe
James T. Foley – US Court House
445 Broadway
Albany, NY 12207-2924

Re: Case No. 5:11-CV-340 (GLS/ATB)

Dear Judge Sharpe:

This letter is in response the motion to withdraw from this case by Anderson, Kill & Olick (hereinafter, AKO).

We purchased our historic stone house in January of 1983 and began a loving, lengthy, and costly restoration through the Fall of 2009, when it was finally in pristine condition.

On January 10, 2010, an electronic wall fire caused extensive damage to our home and its contents. Liberty Mutual (hereinafter, LM) was our exclusive insurer for 28 years, from January 1983 to February 2011, when they refused to honor our policy coverage any further and cancelled our homeowner policy. We were and continue to be devastated by the loss of our home.

In February 2011 AKO agreed to take our case because LM wrongfully denied our claim; thus, we have been unable to rebuild. We were led to believe that AKO would represent us to the end. They have taken all depositions and reviewed the transcripts and evidence and prepared the case for trial. Now, on the eve of the trial, instead of completing their obligations to us on a contingency basis, they are seeking to withdraw, stating, incorrectly, that we refused to pay.

Despite the fact that AKO fees were exorbitant, we have already paid some fees that were requested, and we did expect to pay the remainder, after the fees were properly adjusted, via contingency.

*Hon. Gary L. Sharpe, page 2*

We have spent two years gathering evidence and assisting AKO in preparing this case for trial due to LM's wrongful refusal to pay our valid claim. For AKO to abandon us at this time, with no attorney to seek justice for us, is unconscionable. We respectfully object to AKO's motion to withdraw, as it constitutes breach of trust, giving unfair advantage to LM, who have acted in bad faith for the last two years.

We respectfully request a hearing before your Honor on this motion.

Respectfully submitted,

_____
Mark R. Laskowski, Plaintiff

_____
Richard E. Hall, Plaintiff


cc: Anderson, Kill & Olick
    Finley Harcum
    Dennis Artese
  Liberty Mutual
    Thomas O'Connor
  National Fire Adjusters
    Steven Bisgrove