Fax to: 518-257-1871

4077 East Lake Road
Hamilton, N.Y. 13346

January 21, 2013

Hon. Gary L. Sharpe
James T. Foley - U.S. Court House
445 Broadway
Albany, N.Y. 12207-2924

Re.: Case No. 5:11-CV-340 (GLS/ATB)

Dear Judge Sharp,

We respectfully request an additional extension of 30 days to secure an attorney to represent us (see DKT. No. 63 and DKT No. 69).

We have had several conversations with attorneys in Syracuse who have referred us to several attorneys. Today, Martin Luther King Day, we met with an insurance recovery and arson attorney, Kevin P. Kuehner, Esq., and he is reviewing our file. He seems promising and we will know soon if he can take our case.

We are grateful for what consideration you may grant us at this time.

Respectfully submitted

Mary R. Laskowski
Richard E. Hall
RICHARD E. HALL

Dear John

Greetings and the Best in 2013

Once again we are on the time line with our response to the Honorable Judge.

¶ This morning We had a meeting with Kevin Kuehner of Syracuse. He could not commit at this time; He needs to review more data on this case.

¶ We will meet again at the end of this Week

¶ Thank you for your kind Help on Dec 14-12 and this time. Hard Copy is in the Mail.