IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK
_____

MARK R. LASKOWSKI and RICHARD HALL,

                *Plaintiffs,*         Civil Action No.:
                                                     5:11-CV-340 (GLS/ATB)

   *-against-*

LIBERTY MUTUAL FIRE INSURANCE COMPANY

                                                   Hon. Gary L. Sharpe
                *Defendant.*
_____

## NOTICE OF APPEARANCE

Please enter the Appearance of the undersigned, Brian P. Henry, Esq., of Smith, Rolfes & Skavdahl Co., LPA, to represent Defendant Liberty Mutual Fire Insurance Company in the above-referenced matter.

Date:   February 28, 2013                           Respectfully submitted,

                                                             ___*/s/ Brian P. Henry*_____
                                                              Brian P. Henry, Esq.
                                                              Smith, Rolfes & Skavdahl Co., LPA
                                                              1605 Main Street, Suite 1106
                                                              Sarasota, FL  34236
                                                              (941) 684-0100

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on all counsel and *pro se* parties of record by electronic means on this 28th day of February, 2013, addressed to:

| | |
|---|---|
| Dennis J. Artese, Esq. | Kevin P. Kuehner, Esq. |
| Anderson, Kill & Olick, P.C. | The Kuehner Law Firm, PLLC |
| 1251 Avenue of the Americas | 2117 Montgomery Street, Suite 200 |
| New York, NY 10020 | Syracuse, NY 13202 |
| dartese@andersonkill.com | kevinkeuhner@gmail.com |

                                                             ___*/s/ Brian P. Henry*_____
                                                             Brian P. Henry