# HISCOCK & BARCLAY LLP

**Thomas J. O'Connor**
*Partner*

April 13, 2015

Hon. Gary L. Sharpe
United States District Court Judge
United States District Court
Northern District of New York
James T. Foley U. S. Courthouse
445 Broadway
Albany, New York 12207-2974

      RE:    Laskowski, et al. v. Liberty Mutual Fire Insurance Company
               Case No. 5:11-CV-340 (GLS/ATB)
               Our File No.:  3051265

Your Honor:

     I have reviewed the Plaintiffs' opposition to our motion to enforce the parties' settlement and would like to have the opportunity to reply.  Given the unusual circumstances of this motion, it is unclear whether it would be considered "dispositive" for the purposes of Local Rule 7.1 (b)(1).  Therefore, I respectfully request the Court's permission to file the enclosed reply declarations and memorandum of law in further support of our motion.

     Thank you for your consideration in this matter.

                                                   Respectfully submitted,

                                                     Thomas J. O'Connor

TJO:bdh
Attachments
cc:     Via E-Filing To:
         Alan J. Pierce, Esq.
         Hancock Estabrook LLP
         100 Madison St., Suite 1500
         Syracuse, New York 13202