## RELEASE

### TO ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN,

KNOW THAT ▆▆▆▆▆▆ and ▆▆▆▆▆▆, both residing ▆▆▆▆▆▆ collectively, as RELEASORS, in consideration of the sum of one thousand dollars ($1,000.00) (the "Consideration"), to be received from LIBERTY MUTUAL, hereby releases and discharges GRACE LOVRET, JAMES LOVRET and LIBERTY MUTUAL (collectively, the RELEASEES) and RELEASEES' affiliates, subsidiaries, officers, directors, members, managers, directors, attorneys, shareholders, employees, successors and assigns from all actions, causes of actions, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims, and demands whatsoever, in law, admiralty or equity, which against the RELEASEES the RELEASORS, RELEASORS' heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have, whether known or unknown, for, upon, or by reason of any matter, cause or thing whatsoever from the beginning of the world to the day of the date of this RELEASE including, but not limited to, any and all claims alleged or which could have been alleged in the action filed in the Supreme Court of the City of New York, State of Suffolk entitled ▆▆▆▆▆▆

This release shall not preclude Releasors from seeking restitution from ▆▆▆▆▆▆ in the Criminal Action commenced against ▆▆▆▆▆▆

A facsimile or electronically mailed copy of this Release may be used in lieu of the original.

The words "RELEASOR" AND "RELEASEE" include all releasors and all releasees under this RELEASE.

This RELEASE may not be changed orally.

IN WITNESS WHEREOF, the RELEASOR has *caused this RELEASE* to be executed by its duly authorized officers and its corporate seal to be hereunto affixed on the 10 day of December, 2013.

IN PRESENCE OF

Sworn to before me 12/10/13
*(signature)*
SILVANA ADESSO
Notary Public, State of New York
Qualified in Nassau County
No. 01AD6131261
My Commission Expires 09-01-2017

NY_DOCS:620105.1 [50747.00100]